UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRISTAN MICHAEL HYDE,

    Plaintiff,

v.                                    Case No. 3:24cv319-MCR-HTC

MICHAEL A. ADKINSON, JR., and
KITCHEN SUPERVISOR JOHN LYONS,

    Defendants.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on July 23, 2024 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who failed to pay the filing fee and as malicious because Plaintiff failed to disclose his litigation history truthfully.

3. Plaintiff's Motion for Consideration, ECF No. 11, is denied as moot.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv319-MCR-HTC